Certificate Number: 14912-CAC-DE-037918169

Bankruptcy Case Number: 23-17004



14912-CAC-DE-037918169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2023, at 7:23 o'clock AM EST, Keiri Duenas completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   November 7, 2023               By:    /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title: Counselor