| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor(s)*

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:

Keiri Duenas

Debtor(s).

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/8/2023     Keiri Duenas     [signature]
                    Printed name of Debtor 1     Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                      Printed name of Debtor 2     Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                         F 1002-1.EMP.INCOME.DEC



Chevron Stations Inc.    6001 Bollinger Canyon Rd San Ramon, CA 94583-2324
Keiri Duenas    4658 W Imperial HWY APT 1 Inglewood, CA 90304

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Keiri Duenas | Chevron Stations Inc. | | 106985 | 09/11/2023 | 09/17/2023 | 09/22/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 31.93 | 566.82 | 0.00 | 88.56 | 0.00 | 478.26 |
| YTD | 31.93 | 566.82 | 0.00 | 88.56 | 0.00 | 478.26 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Hourly Pay | 09/11/2023 - 09/17/2023 | 31.933334 | 17.75 | 566.82 | 31.933334 | 566.82 | OASDI | 35.14 | 35.14 |
| | | | | | | | Medicare | 8.22 | 8.22 |
| | | | | | | | Federal Withholding | 31.83 | 31.83 |
| | | | | | | | State Tax - CA | 8.27 | 8.27 |
| | | | | | | | CA SDI - CASDI | 5.10 | 5.10 |
| Earnings | | | | 566.82 | | 566.82 | Employee Taxes | 88.56 | 88.56 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 566.82 | 566.82 |
| Medicare - Taxable Wages | 566.82 | 566.82 |
| Federal Withholding - Taxable Wages | 566.82 | 566.82 |
| State Tax Taxable Wages - CA | 566.82 | 566.82 |

| | Federal | State | Absence Balance | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Covid Leave | 40 | 0 | 40 |
| | | | Sick | 1.0644 | 0 | 1.0644 |
| Additional Withholding | 0 | 0 | Sick Time Annual Usage Limit | 48 | 0 | 48 |
| | | | Vacation | 0.6291 | 0 | 0.6291 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Bank of America | Bank of America ******6170 | ******6170 | | 478.26    USD |



Chevron Stations Inc.    6001 Bollinger Canyon Rd San Ramon, CA 94583-2324
Keiri Duenas    4658 W Imperial HWY APT 1 Inglewood, CA 90304

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Keiri Duenas | Chevron Stations Inc. | | 106985 | 09/18/2023 | 09/24/2023 | 09/29/2023 | |
| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | 29.95 | 531.62 | 0.00 | 80.42 | 0.00 | | 451.20 |
| YTD | 61.88 | 1,098.44 | 0.00 | 168.98 | 0.00 | | 929.46 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Hourly Pay | 09/18/2023 - 09/24/2023 | 29.95 | 17.75 | 531.62 | 61.883334 | 1,098.44 | OASDI | 32.96 | 68.10 |
| | | | | | | | Medicare | 7.71 | 15.93 |
| | | | | | | | Federal Withholding | 27.60 | 59.43 |
| | | | | | | | State Tax - CA | 7.36 | 15.63 |
| | | | | | | | CA SDI - CASDI | 4.79 | 9.89 |
| Earnings | | | | 531.62 | | 1,098.44 | Employee Taxes | 80.42 | 168.98 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 531.62 | 1,098.44 |
| Medicare - Taxable Wages | 531.62 | 1,098.44 |
| Federal Withholding - Taxable Wages | 531.62 | 1,098.44 |
| State Tax Taxable Wages - CA | 531.62 | 1,098.44 |

| | Federal | State | Absence Balance | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Covid Leave | 0 | 0 | 40 |
| Allowances | 0 | 0 | Sick | 0.9983 | 0 | 2.0627 |
| Additional Withholding | 0 | 0 | Sick Time Annual Usage Limit | 0 | 0 | 48 |
| | | | Vacation | 0.59 | 0 | 1.2191 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Bank of America | Bank of America ******6170 | ******6170 | | 451.20    USD |



Chevron Stations Inc.  6001 Bollinger Canyon Rd San Ramon, CA 94583-2324
Keiri Duenas  4658 W Imperial HWY APT 1 Inglewood, CA 90304

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Keiri Duenas | Chevron Stations Inc. | 106985 | 09/25/2023 | 10/01/2023 | 10/06/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 38.02 | 675.28 | 0.00 | 115.62 | 0.00 | 559.66 |
| YTD | 99.90 | 1,773.72 | 0.00 | 284.60 | 0.00 | 1,489.12 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Hourly Pay | 09/25/2023 - 10/01/2023 | 38.01666 | 17.75 | 674.80 | 99.900001 | 1,773.24 | OASDI | 41.87 | 109.97 |
| Shift Differential | 09/25/2023 - 10/01/2023 | 0.383334 | 1.25 | 0.48 | 0.383334 | 0.48 | Medicare | 9.79 | 25.72 |
| | | | | | | | Federal Withholding | 44.84 | 104.27 |
| | | | | | | | State Tax - CA | 13.05 | 28.68 |
| | | | | | | | CA SDI - CASDI | 6.07 | 15.96 |
| Earnings | | | | 675.28 | | 1,773.72 | Employee Taxes | 115.62 | 284.60 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 675.28 | 1,773.72 |
| Medicare - Taxable Wages | 675.28 | 1,773.72 |
| Federal Withholding - Taxable Wages | 675.28 | 1,773.72 |
| State Tax Taxable Wages - CA | 675.28 | 1,773.72 |

| | Federal | State | Absence Balance | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Covid Leave | 0 | 0 | 40 |
| Allowances | 0 | 0 | Sick | 1.2672 | 0 | 3.3299 |
| Additional Withholding | 0 | 0 | Sick Time Annual Usage Limit | 0 | 0 | 48 |
| | | | Vacation | 0.7489 | 0 | 1.968 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Bank of America | Bank of America ******6170 | ******6170 | | 559.66  USD |



Chevron Stations Inc.  6001 Bollinger Canyon Rd San Ramon, CA 94583-2324
Keiri Duenas   4658 W Imperial HWY APT 1 Inglewood, CA 90304

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Keiri Duenas | Chevron Stations Inc. | 106985 | 10/02/2023 | 10/08/2023 | 10/13/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 39.85 | 708.98 | 0.00 | 124.04 | 0.00 | 584.94 |
| YTD | 139.75 | 2,482.70 | 0.00 | 408.64 | 0.00 | 2,074.06 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 10/02/2023 - 10/08/2023 | 39.66666 | 17.75 | 704.09 | 139.566667 | 2,477.33 |
| Overtime | 10/02/2023 - 10/08/2023 | 0.183333 | 26.625 | 4.89 | 0.183333 | 4.89 |
| Shift Differential | | | 0 | | 0.383334 | 0.48 |
| Earnings | | | | 708.98 | | 2,482.70 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 43.96 | 153.93 |
| Medicare | 10.28 | 36.00 |
| Federal Withholding | 48.89 | 153.16 |
| State Tax - CA | 14.53 | 43.21 |
| CA SDI - CASDI | 6.38 | 22.34 |
| Employee Taxes | 124.04 | 408.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 708.98 | 2,482.70 |
| Medicare - Taxable Wages | 708.98 | 2,482.70 |
| Federal Withholding - Taxable Wages | 708.98 | 2,482.70 |
| State Tax Taxable Wages - CA | 708.98 | 2,482.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Covid Leave | 0 | 0 | 40 |
| Sick | 1.3283 | 0 | 4.6582 |
| Sick Time Annual Usage Limit | 0 | 0 | 48 |
| Vacation | 0.785 | 0 | 2.753 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank of America | Bank of America ******6170 | ******6170 | | 584.94 | USD |



Chevron Stations Inc.  6001 Bollinger Canyon Rd San Ramon, CA 94583-2324
Keiri Duenas  4658 W Imperial HWY APT 1 Inglewood, CA 90304

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Keiri Duenas | Chevron Stations Inc. | | 106985 | 10/09/2023 | 10/15/2023 | 10/20/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 38.45 | 686.04 | 0.00 | 118.31 | 0.00 | 567.73 |
| YTD | 178.20 | 3,168.74 | 0.00 | 526.95 | 0.00 | 2,641.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 10/09/2023 - 10/15/2023 | 38.04999 | 17.75 | 675.39 | 177.616666 | 3,152.72 |
| Overtime | 10/09/2023 - 10/15/2023 | 0.4 | 26.625 | 10.65 | 0.583333 | 15.54 |
| Shift Differential | | | | 0 | 0.383334 | 0.48 |
| Earnings | | | | 686.04 | | 3,168.74 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 42.53 | 196.46 |
| Medicare | 9.95 | 45.95 |
| Federal Withholding | 46.13 | 199.29 |
| State Tax - CA | 13.52 | 56.73 |
| CA SDI - CASDI | 6.18 | 28.52 |
| Employee Taxes | 118.31 | 526.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 686.04 | 3,168.74 |
| Medicare - Taxable Wages | 686.04 | 3,168.74 |
| Federal Withholding - Taxable Wages | 686.04 | 3,168.74 |
| State Tax Taxable Wages - CA | 686.04 | 3,168.74 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Covid Leave | 0 | 0 | 40 |
| Sick | 1.2817 | 0 | 5.9399 |
| Sick Time Annual Usage Limit | 0 | 0 | 48 |
| Vacation | 0.7575 | 0 | 3.5105 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bank of America | Bank of America ******6170 | ******6170 | | 567.73 | USD |