United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-17004-BR |
| Keiri Duenas | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

**Recip ID           Recipient Name and Address**
db              +  Keiri Duenas, 4658 W Imperial HWY Apt 1, Inglewood, CA 90304-2645

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Keiri Duenas bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net |
| David M Goodrich (TR) | dgoodrich@go2.law   c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com |
| Kirsten Martinez | on behalf of Creditor Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com   Notices.Bonial@ecf.courtdrive.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorney for Movant,
Toyota Motor Credit Corporation

**FILED & ENTERED**

**JAN 29 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Keiri Duenas,<br><br><br><br><br><br><br><br>                                    Debtor. | Case No. 2:23-bk-17004-BR<br><br>Chapter 7<br><br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br><u>Continued Hearing</u>:<br>Date:    April 9, 2024<br>Time:   10:00 a.m.<br>Place:  Courtroom 1668<br>            255 E Temple Street<br>            Los Angeles, CA 90012 |

Pursuant to the Stipulation To Continue Hearing Re: Motion For Relief From The Automatic Stay (the "Stipulation") filed by Toyota Motor Credit Corporation, as docket entry number 15 and, GOOD CAUSE APPEARING, the Stipulation to continue the motion for relief from the automatic stay is hereby approved. The hearing on motion for relief from the automatic stay is continued to April 9, 2024 at 10:00 a.m. in courtroom 1668. A status report is due fourteen days before the hearing date.

###

Date: January 29, 2024

_____
Barry Russell
United States Bankruptcy Judge